IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TINA GREEN. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:04-1139 |
| ) | JUDGE KNOWLES |
| ) | |
| ) | |
| PARKER HANNIFIN CORPORATION ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Court concludes that there is no genuine issue as to any material fact and that Defendant is entitled to a judgment as a matter of law. Defendant's Motion for Summary Judgment (Docket Entry No. 16) is hereby GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge